UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80022-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL M. CARVER,
THOMAS DOUGHERTY,
JOHN PAUL GOSNEY, JR.,
GALINA ROZENBERG,
MICHAEL ROZENBERG,
LOUIS CARVER,
TIMOTHY RICHARDSON,
ETHAN MACIER,
ASHLEY CIGARROA,
JOSE GOYOS,

    Defendants.
_____/

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER [ECF No. 131]
AND ENTERING PROTECTIVE ORDER[1]**

This matter comes before the Court upon the Motion for Entry of a Protective Order filed by the United States [ECF No. 131]. Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the Court finds good cause for the Motion. Accordingly, the Government's Motion for a Protective Order [ECF No. 131] is **GRANTED** in accordance with the following:

---

[1] Eight defendants indicate no opposition to this Motion [ECF No. 131 ¶5 (referencing no objection from Carver, Dougherty, Gosney, Galina Rozenberg, Michael Rozenberg, Macier, Cigarroa, and Goyos)]. As a result of possible conflict issues, the government has not sought the position of Attorney Keith Fousek on this motion. Fousek currently represents Defendant Timothy Richardson. Louis Carver's arraignment is set for March 31, 2022.

CASE NO. 22-80022-CR-CANNON

1. Documents, materials, and information the United States provides as discovery in this matter that may contain personal, confidential, identifying information of individuals, including individual identifying information of health insurance beneficiaries, shall be described as "covered information" for purposes of this Order.

2. The Defendants shall possess covered information only in the presence of the Defendants' attorney or an agent of the Defendant's attorney, and only as necessary for counsel to perform work related to the case.

3. Associates and agents of defense counsel, and investigators working with defense counsel, may possess covered information only as necessary to perform work related to the case.

4. Third parties contracted by the United States or the defense to provide expert analysis or testimony may possess covered information only as necessary to perform work related to the case.

5. Government personnel and defense counsel shall ensure that the Defendants (in the case of defense counsel) or any third person who obtains access to covered information is provided a copy of this Order or is made aware of its contents.

6. No person who obtains access to or possession of covered information shall retain such access or possession other than as authorized.

7. Any person who obtains access to or possession of covered information shall promptly destroy or return such information once the person no longer requires access to or possession of the information to perform work related to the case.

8. Upon entry of a final judgment in this matter and conclusion of any direct appeals, defense counsel shall destroy or cause to be destroyed all copies of covered information except as otherwise required to be maintained pursuant to document retention policies.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of March 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**