UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80022-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**DANIEL M. CARVER, et al.,**

    Defendants.

_____/

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL, SETTING DEADLINE FOR THE FILING OF FILTER PROTOCOL MOTION, AND SETTING SCHEDULING CONFERENCE

**THIS CAUSE** comes before the Court on Defendants' "Joint Motion for Complex Case Designation and Request for a Scheduling Conference" ("Joint Motion") [ECF No. 146]. The Joint Motion asks the Court to continue the current trial period commencing April 25, 2022, and to hold a scheduling conference in light of the complex nature of the case and the voluminous discovery at issue. The Court has reviewed the Motion and is otherwise fully advised. Following that review, it is

**ORDERED AND ADJUDGED** that Defendants' Joint Motion [ECF No. 146] is **GRANTED** for the reasons stated in the Motion. The Court finds that the interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the Court finds that the period of delay resulting from this continuance—*i.e.*, from the date the Motion was filed, March 24, 2022, to including the date trial commences—is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **Tuesday, July 26, 2022, at 1:45 pm.** The case is set for

CASE NO. 22-80022-CR-CANNON

**Jury Trial** during the two-week trial period that begins **August 1, 2022**.

2. All pre-trial motions and motions *in limine* must be filed by **July 1, 2022**. Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion but may ask for leave to exceed the page limit.

3. All other instructions set forth in the Court's Order Setting Trial [ECF No. 137] remain in effect.

4. The parties are reminded to adhere to the Court's Local Rules in all respects, including in the preparation of pre-trial motions.

5. **On or before April 8, 2022**, the Special Matters Unit of the Fraud Section of the U.S. Department of Justice must file a motion seeking an order related to a proposed filter protocol. The parties are advised of the conferral requirements of Local Rule 88.9.

6. **The Calendar Call currently set for April 19, 2022 will be converted to a Status Conference and is reset for 9:30 a.m. <u>This is an in-person hearing</u>. The Court is mindful of the document review issues described in the Joint Motion and has therefore granted the instant lengthy continuance. Any future motions for continuances or extensions, however, will be granted only upon a showing of particularized need and weighed against the parties' continuing obligations to prepare diligently for trial in accordance with the deadlines set forth in this Order.**

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of March 2022.

                                                                                 **AILEEN M. CANNON**
                                                              **UNITED STATES DISTRICT JUDGE**

cc: counsel of record