UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80022-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DANIEL M. CARVER, et al.**,

    Defendants.
_____/

## ORDER FOLLOWING DISCOVERY STATUS CONFERENCE

**THIS CAUSE** comes before the Court following a Zoom Discovery Status Conference held on August 8, 2022 [ECF No. 307]. At the hearing, the Government provided updates on the filter review process for Potentially Protected Material ("PPM") pursuant to the Discovery Protocol Order [ECF No. 224] and the status of discovery more generally.

As stated in open court, and to ensure a timely and expeditious production of discovery in light of the January 2023 trial date and the October 14, 2022 pre-trial motions deadline, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Government's *ore tenus* request for an extension of time through September 2, 2022, to provide PPM to the ostensible holders of the potential privilege(s) or protection(s) is **GRANTED IN PART AND DENIED IN PART**. The Government shall provide PPM to the relevant ostensible holders on or before **Wednesday, August 31, 2022**. **No extensions of this deadline will be granted.**

2. The Government shall turn over to Defendants the 8th Production as discussed in open court, on or before **Friday, August 19, 2022**. **No extensions of this deadline will be granted.**

3. All pre-trial motions and motions *in limine* remain due no later than October 14, 2022, and trial remains set for the trial calendar beginning on **January 17, 2023. The Government shall continue expeditiously producing discovery in light of that firm trial date, and any issues related to discovery should be raised with the Court as necessary via the filing of a proper motion.**

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 8th day of August 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record