### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### CASE NO. 22-80022-CR-CANNON

UNITED STATES OF AMERICA,

        **Plaintiff,**

v.

**DANIEL M. CARVER et al.,**

        **Defendants.**

_____/

### ORDER FOLLOWING DISCOVERY STATUS CONFERENCE

**THIS CAUSE** comes before the Court following a Discovery Status Conference held on October 7, 2022 [ECF No. 352].   At the hearing, the Government updated the Court on the status of discovery, including additional forthcoming discovery as detailed in the October 5, 2022 Status Report [ECF No. 348].

As stated in open court, and to ensure a timely and expeditious production of discovery in light of the January 2023 trial date, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Government shall ship Production 10 to Defendants no later than October 19, 2022. **No extension of this deadline will be granted.**

2. Any Defendant that wishes to join Defendant Paul Gosney Jr.'s Motion to Dismiss [ECF No. 350] must do so on or before the pre-trial motions deadline of **October 14, 2022**.

3. The Government shall file its response to Defendant John Paul Gosney, Jr.'s Motion to Dismiss [ECF No. 350] on or before **October 17, 2022**. Any replies in support of the

1

Motion shall be filed on or before **October 21, 2022**.

4. The Court will hear **in-person** arguments on Defendant John Paul Gosney Jr.'s Motion to Dismiss [ECF No. 50] on Thursday October 25, 2022, at 10:00 A.M in the Fort Pierce Division.

5. Any motions to continue the January 17, 2023, must be made following conferral with all interested parties and with sufficient particularity and justification, recognizing the Court's prior generous continuances of this case, Defendant Carver's earlier objection to further continuances [ECF No. 231], and the Court's repeated admonitions regarding the trial schedule and the restriction on further continuances [*see* ECF No. 137 (Order Setting Trial); ECF No. 153 (90-Day Continuance); ECF No. 231 (120-Day Continuance)].

6. Counsel for Defendant Daniel Carver must confer with the Special Matters Unit regarding any reasonable extensions of the objection period in the Discovery Protocol Order [ECF No. 224].

7. All pre-trial motions and motions *in limine* remain due no later than October 14, 2022.

8. Trial remains set for the trial calendar beginning on **January 17, 2023**.

9. **The Government shall continue expeditiously producing discovery in light of that firm trial date, and any issues related to discovery or other matters should be raised with the Court as necessary via the filing of a proper motion.**

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 11th day of October 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record