UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80022-CANNON/REINHART

UNITED STATES OF AMERICA

vs.

DANIEL M. CARVER, et al.,

        **Defendants**.

_____/

## NOTICE

The United States of America, by and through its assigned Filter Team,[1] respectfully submits this Notice pursuant to the Court's October 7, 2022 Order [ECF No. 353]. The Filter Team does not object to the unsealing of its Motion to Seal and exhibits [ECF Nos. 332, 332-1, 332-2].

This the 11th day of October, 2022.

    Respectfully submitted,

    GLENN S. LEON, CHIEF
    CRIMINAL DIVISION, FRAUD SECTION
    U.S. DEPARTMENT OF JUSTICE

By:    */s/ Timothy J. Coley*
    TIMOTHY J. COLEY (FL Bar # A5502784)
    Assistant Chief
    United States Department of Justice
    Criminal Division, Fraud Section

---

[1] The Filter Team attorney in this case is Assistant Chief Timothy J. Coley. The Filter Team attorney is assigned to the U.S. Department of Justice, Criminal Division, Fraud Section's Special Matters Unit and has a separate reporting and supervisory chain from the Prosecution Team in this case. Further, the Filter Team attorney is supported by paralegals and other professional staff who are not part of the Prosecution Team. The Filter Team attorney and his supporting staff only conduct the filter review and are not involved in the investigation or proceedings related to the above-captioned matter.

Special Matters Unit
1400 New York Avenue NW
Washington, DC 20530
Tel: (202) 514-0395
Timothy.J.Coley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing notice was filed electronically with the Clerk of the Court using the CM/ECF system this 11th day of October, 2022.

*/s/ Timothy J. Coley*
Assistant Chief