UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80022-CR-CANNON

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANIEL M. CARVER et al.,

      Defendants.
_____/

**SECOND CASE MANAGEMENT ORDER**

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. To facilitate an orderly review of this case, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Court will hold an in-person evidentiary hearing on Defendant John Paul Gosney Jr.'s Motion to Suppress Evidence Derived from His Unlawful Detention [ECF No. 383] on the previously scheduled motion hearing date of **April 6, 2023, 9:30 A.M.** in the Fort Pierce Division [ECF No. 459 p. 4].

    a. The evidentiary hearing will be limited to the factual and legal issues raised in Defendant Gosney's Motion to Suppress [ECF No. 383].

    b. As no other Defendants have joined Defendant Gosney's Motion to Suppress [ECF No. 383], no other Defendants are required to attend the April 6, 2023 evidentiary hearing, although they may do so if they wish.

    c. On or before **April 3, 2023**, the Government and Defendant Gosney shall file exhibit and witness lists for the suppression hearing, along with a joint hearing plan using the format of the Court's trial plan template, available at https://www.flsd.uscourts.gov/content/judge-aileen-m-cannon (under "Civil Procedures" tab).

2. In light of the Court's extended March 6, 2023 deadline to file motions *in limine* and the parties' expressed intention to supplement the currently pending motions *in limine*, Defendant Daniel Carver's Motion *in Limine* [ECF No. 382] and the Government's Omnibus Motion in Limine [ECF No. 389] are **DENIED WITHOUT PREJUDICE**.

    a. Any renewed motions *in limine* must be filed on or before **March 6, 2023** [ECF No. 459 p. 2].

    b. The standard response and reply deadlines will apply to any renewed motions *in limine*.   *See* S.D. Fla. L.R. 7.1(c)(1).

    c. **The parties are reminded of their conferral obligations as set forth in Local Rule 88.9(a)**.

3. The Court also hereby schedules an in-person hearing on **May 18, 2023, 9:30 A.M.** to hear argument on (a) the Government's Motion to Compel Disclosure of, and Discovery Regarding, Any Advice of Counsel Defense [ECF No. 385]; (b) any motions *in limine*; and (c) any other issues requiring Court attention at that time.   Only Defendants pending trial need appear at the May 18, 2023 hearing.

4. The calendar call scheduled for **June 27, 2023, 1:45 P.M**. will serve as a combined pre-trial conference and calendar call for Defendants pending trial.

5. This Order does not extend pre-trial deadlines (expired or otherwise) in any other respect.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 6th day of February 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record