**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-80022-DSL**

**UNITED STATES OF AMERICA**

**vs.**

**DANIEL M. CARVER,**

**Defendant.**

____________________________________/

**GOVERNMENT'S MOTION FOR A RULE 35 REDUCTION**

The United States moves to reduce the sentence of Defendant Daniel M. Carver by 40%, resulting in a sentence of 120 months' imprisonment, pursuant to Rule 35 of the Federal Rules of Criminal Procedure:

1. On July 14, 2023, Defendant pleaded guilty to both Counts 1 and 7 in the Superseding Indictment.

2. On February 26, 2024, the Court sentenced Defendant to, *inter alia*, 200 months' imprisonment.

3. Defendant's cooperation, which was described during his sentencing, which included testifying at trial, has substantially assisted the Government.

4. With this filing, the Government requests that Defendant's sentence be reduced to 120 months based on cooperation, or 40% from Defendant's sentence of 200 months.

5. The Government has conferred with Defendant's counsel who does not object to the relief sought herein but wishes to be heard on requesting a further reduction.

Dated: October 13, 2026

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

COLIN M. MCDONALD
ASSISTANT ATTORNEY GENERAL
NATIONAL FRAUD ENFORCEMENT DIVISION

By: *<u>/s/ Reginald Cuyler Jr.</u>*
Reginald Cuyler Jr.
Florida Bar No. 0114062
Trial Attorney
United States Department of Justice
National Fraud Enforcement Division
1400 New York Avenue NW
Washington, D.C. 20005
Tel: (202) 748-3024
reginald.cuyler.jr@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on October 13, 2026, I electronically filed the foregoing document onto the Court's CM/ECF system.

*/s/ Reginald Cuyler Jr.*
Trial Attorney
U.S. Department of Justice